**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

AMAAN ABDOO HAMDAA,

Petitioner,

v. No. 2:26-cv-00481-MLG-LF

PAMELA BONDI, Attorney General; DAREN K. MARGOLIN, Director for Executive Office for Immigration Review; EXECUTIVE OFFICE FOR IMMIGRATION REVIEW; KRISTI NOEM, U.S. Department of Homeland Security; DEPARTMENT OF HOMELAND SECURITY; TODD M. LYONS, Acting Director of Immigration and Customs Enforcement; IMMIGRATION AND CUSTOMS ENFORCEMENT; MARY DE ANDA-YBARRA, El Paso Field Office, Immigration and Customs Enforcement; DEPUTY WARDEN OF THE OTERO COUNTY PROCESSING CENTER,

Respondents.

**ORDER GRANTING PETITION FOR WRIT OF HABEAS CORPUS AND DIRECTING RESPONDENTS TO IMMEDIATELY RELEASE PETITIONER**

This matter is before the Court on Petitioner Amaan Abdoo Hamdaa's Petition for Writ of Habeas Corpus ("Petition"), Doc. 1, and Motion for Order to Enforce the Judgment ("Motion to Enforce"), Doc. 11. Having considered the filings, and having held a hearing on October 30, 2026, and being otherwise fully informed, the Court finds that the Petition is well-taken and should be granted. For the reasons stated on the record during the October 30, 2026, hearing, and incorporating the holdings and reasoning provided in *Santillan Quiroz v. Mullin*, 180 F.4th 1226 (10th Cir. 2026), *Diallo v. Orozco*, No. 2:26-cv-00066-MLG-JHR, 2026 WL 608476 (D.N.M. Mar. 4, 2026), and *Cortez-Gonzalez v. Noem*, 811 F. Supp. 3d 1287 (D.N.M. 2025), the Court grants the Petition and orders Hamdaa's immediate release. Hamdaa must be released within forty-eight

hours of the entry of this Order. Hamdaa shall be released with all of his property, including identification documentation, that was in his possession when he was detained by Respondents, along with a copy of this Order.

It is so ordered.

UNITED STATES DISTRICT JUDGE
MATTHEW L. GARCIA